**Benito ACOSTA, Plaintiff–Appellant,**

**v.**

**CITY OF COSTA MESA; Allan Mansoor, Mayor of the City of Costa Mesa, in his official and individual capacities, Defendants–Appellees,**

**John Hensley, Chief of Police, Costa Mesa Police Department; David Andersen; David Dehuff; John Doezie; Bryan Glass; Daniel Guth; David Makiyama; Jeff Tobin; Derek Trusk, in their official and individual capacities, Defendants.**

No. 10–56854.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 9, 2012.

Filed Feb. 25, 2013.

Belinda E. Helzer, ACLU Foundation of Southern California, Orange, CA, for Plaintiff–Appellant.

M. Lois Boback (argued) and Daniel K. Spradlin, Woodruff, Spradlin & Smart, APC, Costa Mesa, CA, for Defendants–Appellees.

Before: RICHARD C. TALLMAN and N. RANDY SMITH, Circuit Judges, and DEE V. BENSON, District Judge.*

---

* The Honorable Dee V. Benson, District Judge for the U.S. District Court for the District of Utah, sitting by designation.

## ORDER

The petition for panel rehearing is granted and the opinion filed September 5, 2012, and appearing at 694 F.3d 960 (9th Cir.2012), is withdrawn. *Carver v. Lehman,* 558 F.3d 869, 878–79 (9th Cir.2009) (a panel may withdraw an opinion sua sponte before the mandate issues). It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. Withdrawal of the opinion moots the petition for rehearing en banc.